FILED

08/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0218

_____

LLOYD SCOTT MAIER,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 15, 2021, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2021